# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLITA BANTOG DEGUIA,<br><br>  Plaintiff,<br><br>  v.<br><br>SUBARU OF AMERICA, INC., a Delaware Corporation; GALPIN MOTORS, INC., a California Corporation; and DOES 1 through 10, Inclusive,<br><br>  Defendants. | Case No. 8:19-cv-01690 JLS (ADSx)<br>[Filed: June 27, 2018]<br>[Removed: September 04, 2019]<br><br>Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>DISCOVERY CUT-OFF:  NONE<br>MOTION CUT-OFF:  NONE<br>TRIAL DATE:  NONE |

## **ORDER**

The Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 02/04/2020      <u>JOSEPHINE L. STATON      </u>
                      Hon. Josephine L. Staton
                      UNITED STATES DISTRICT JUDGE